# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS EARL GEORGESON, | 1:05-CV-1121 AWI JMD HC |
| Petitioner, | |
| v. | ORDER DIRECTING RESPONDENT TO LODGE CERTAIN STATE COURT RECORDS |
| ACTING WARDEN MUNTZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 6, 2005, Petitioner filed the instant petition in this Court. Petitioner argues, among other things, that his equal protection rights were violated when the prosecutor challenged and the court excused all of the African-Americans and Hispanics from the jury panel. The Court, however, cannot properly review the merits of the equal protection claim as it is not in possession of the relevant state court records.

Accordingly, the Court HEREBY ORDERS Respondent to lodge the following within 30 days:

1) the transcript of the jury selection proceedings; and

2) any other state court records relating to the equal protection claim, not previously lodged, that contain information referenced in the petition or in the California Court of Appeal's June 24,

2004 opinion affirming Petitioner's conviction.

IT IS SO ORDERED.

**Dated:    August 25, 2008                    /s/ John M. Dixon**
9f4gk8                                    UNITED STATES MAGISTRATE JUDGE